### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Joseph Vanderheyden, | Civil No. 08-598 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| I.C. Systems, Inc., | |
| Defendant. | |

___

Based upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 8), **IT IS ORDERED** that all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby **DISMISSED WITH PREJUDICE** on the merits and without costs to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  January 7, 2009

s/Richard H. Kyle
RICHARD H. KYLE
Unite States District Judge